### *Joseph Grover* v. *Benjamin Green.*

THE defendant was attending a reference, under a rule of the court of common pleas for *Cayuga*, in a suit, wherein he was plaintiff, and the present plaintiff defendant, when he *(Green)* was arrested by *Grover*, on a writ out of this court.

*Emott* moved for a rule, that the defendant be discharged out of custody, on common bail, the plaintiff having abused the process of the court, but no notice had been given of the motion.

*Per Curiam.* By this means any body may get himself discharged.

*Emott.* If the affidavit be false, the party may be indicted for perjury.

*Per Curiam.* But the plaintiff may lose his debt. Take a rule to show cause the first day of next term, why he should not be discharged, and in the mean time, let proceedings be staid.